# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Halston Carter,<br><br>　　　　　Petitioner,<br><br>v.<br><br>S. Lake,<br><br>　　　　　Respondent. | No. CV-14-02599-TUC-JGZ<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Eric J. Markovich. (Doc. 11.) Judge Markovich recommends dismissing Petitioner Halston Carter's Petition for Writ of Habeas Corpus as moot. (Doc. 11.)

Having reviewed the record, the Court concludes that Magistrate Judge Markovich's recommendations are not clearly erroneous and will adopt the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998). Petitioner Halston Carter requests an order expunging a Bureau of Prisons (BOP) incident report relating to the possession of alcohol and restoring Petitioner's good time credits and other privileges. (*See* doc. 1.) Because Petitioner was released from BOP custody on October 13, 2016, the Court cannot grant the requested relief and the Petition is now moot.[1]

---

[1] *See* https://www.bop.gov/inmateloc/.

Accordingly, IT IS ORDERED as follows:

1. The Report and Recommendation (doc. 11) is accepted and adopted;
2. Petitioner Carter's Petition for Writ of Habeas Corpus (doc. 1) is DISMISSED as moot;
3. A Certificate of Appealability is denied and shall not issue; and
4. The Clerk of the Court is directed to close the case.

Dated this 25th day of May, 2017.

*Honorable Jennifer G. Zipps*
United States District Judge